UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MATTHEW ALVARADO,<br><br>    Plaintiff,<br><br>    v.<br><br>ILLINOIS DEPARTMENT OF CORRECTIONS, S.A. GODINEZ, WEXFORD HEALTH SOURCES, DR. FURLONG, DR. LARSON and DR. SANDHU,<br><br>    Defendant. | Case No. 14-cv-832-JPG-PMF |

## MEMORANDUM AND ORDER

This matter comes before the Court on the motion to voluntarily dismiss the remaining claims in this case pursuant to Federal Rule of Civil Procedure 41(a)(2) filed by the plaintiff (Doc. 55).  Rule 41(a)(2) provides that only the Court may dismiss an action after an adverse party has filed an answer or motion for summary judgment and in the absence of a stipulation of dismissal of an entire case signed by all the parties.  No party has objected to the motion.  Accordingly, the Court **GRANTS** the motion (Doc. 55), **DISMISSES** the remaining claims in this case **without prejudice** and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED:   Novmeber 19, 2014**

                                                  s/J. Phil Gilbert
                                                  **J. PHIL GILBERT**
                                                  **DISTRICT JUDGE**